# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10101-STA |
| ROBERT THOMAS, ) | |
| Defendant. ) | |

## AMENDED ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING
## (AMENDED TO CORRECT JUDGE'S INITIALS)

This cause came to be heard on April 22, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Robert Thomas, appearing in person, and with counsel, Steve West.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 23, 2019 at 2:00 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 1st day of May, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT